IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS TOSDAL,<br><br>  Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION,<br><br>  Defendant. | CV 19-205-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that the named Defendant is a former client of mine. Accordingly, I ask that this case be reassigned.

DATED this 23rd day of December, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge