IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 0 7 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| THOMAS TOSDAL, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHWESTERN CORPORATION et. al, <br><br> Defendants. | CV 19–205–M–DLC <br><br> ORDER |

Defendants, by and through their attorney Stephen T. Bell of the law firm of Dorsey & Whitney LLP, move for the admission of J David Jackson to practice before this Court in the above-captioned matter. (Doc. 11.) Mr. Bell represents that he intends to act as local counsel. (Doc. 11 at 2.)

Defendants' motion will be denied, subject to renewal, for failure to comply with the District of Montana's Local Rules. Relevant here, District of Montana Local Rules 83.1(d)(3)(A), (B), (C), (D), and (J) require that a *pro hac vice* applicant's affidavit states: his fax and e-mail contact information; that he has paid or will pay the *pro hac vice* admission fee; that he has either completed the District of Montana's online training for electronic filing or is proficient in electronic filing in another federal district court; by what court(s) he is admitted to practice and *the*

- 1 -

*dates of admission* (emphasis added); and that he has complied with Montana Rule of Professional Conduct 8.5. Mr. Jackson's affidavit (11-1) fails to comply with any of these requisites.

Accordingly, IT IS ORDERED that Defendants' Motion (Doc. 11) is DENIED subject to renewal.

Dated this 7th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court