FILED JAN 0 8 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS TOSDAL,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION et. al,<br><br>Defendants. | CV 19–205–M–DLC<br><br>ORDER |

Defendants, by and through their attorney Stephen T. Bell of the law firm of Dorsey & Whitney LLP, again move for the admission of J David Jackson to practice before this Court in the above-captioned matter. (Doc. 15.) Mr. Bell represents that he intends to act as local counsel. (Doc. 15 at 2.) The Court has reviewed Mr. Jackson's amended affidavit (Doc. 15-1) which now complies with the District of Montana's Local Rules, see D. Mont. L.R. 83.1(d)(3), and otherwise appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 15) is GRANTED on the condition that Mr. Jackson do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Jackson shall take steps to register in the Court's

electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Jackson, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

Dated this 8th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court