UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS TOSDAL,<br><br>                Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION AND DOES 1-5,<br><br>                Defendants. | Case No. CV-19-205-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of NorthWestern Corporation and against Thomas Tosdal in accordance with the Order issued on today's date.

     Dated this 25th day of February, 2020.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ A.S. Goodwin
                                       A.S. Goodwin, Deputy Clerk

